

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-22-00429-CV

**TEXAS FIRST RENTALS, LLC**,
Appellant

v.

**MONTAGE DEVELOPMENT CO., LLC** and Derick Murway,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-08101
Honorable Tina Torres, Judge Presiding

# O R D E R

On July 14, 2022, Appellant Texas First Rentals, LLC filed its notice of appeal from the trial court's denial of its motion to refer this matter to arbitration. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.025(a).

The next day, Appellant filed an emergency motion to stay all trial court proceedings—including the currently scheduled August 3, 2022 hearing on Appellees' motion to transfer venue—until this court's final disposition of this interlocutory appeal. *See* TEX. R. APP. P. 29.3.

We invite Appellees to file a response to Appellant's July 15, 2022 emergency motion. If Appellees choose to file a response, the response is due by **July 20, 2022**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2022.



Michael A. Cruz,
Clerk of Court